**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LARRY ANDERSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | |
| | : | **NO. 7:13-CV-0094-HL-TQL** |
| | : | |
| **UNNAMED DEFENDANTS.** | : | |
| | : | |
| | : | |
| _____ | | |

**ORDER**

Plaintiff **LARRY ANDERSON**, a state prisoner currently confined at Valdosta State Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.   On July 3, 2013 (Doc. 4), the United States Magistrate Judge ordered Plaintiff to file a standard 42 U.S.C. § 1983 complaint, a pauper's affidavit, and an account certification form.   Plaintiff was given twenty-one days to comply and was advised that a failure to comply may result in the dismissal of his Complaint. When Plaintiff failed to respond to the Order within the time allowed, the Magistrate Judge entered a second order, dated August 21, 2013 (Doc. 5), requiring Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply.   The time for responding to the Order to show cause has now passed, and the Court has not received any response from Plaintiff.   Plaintiff has thus again failed to comply with an order of this Court.

Plaintiff's repeated failure to respond leads the Court to believe that he is no longer interested in prosecuting this case.   For this reason and because of Plaintiff's failure to comply with the Court's instructions, failure to prosecute, and apparent abuse of the judicial process,

Plaintiff's Complaint shall be **DISMISSED** without prejudice.

        **SO ORDERED**, this 15th day of October, 2013.

                                     *s/ Hugh Lawson*
                                     HUGH LAWSON, JUDGE
                                     UNITED STATES DISTRICT COURT

jlr